# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
MELISSA F. MACK, BAR NO. 8556.

No. 85326

FILED

NOV 22 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER IMPOSING RECIPROCAL DISCIPLINE AND DISBARRING ATTORNEY

This is a petition to reciprocally discipline attorney Melissa F. Mack pursuant to SCR 114. Mack has been disbarred from the practice of law in California. Mack did not self-report her California discipline as required by SCR 114(1), nor did she respond to this petition, SCR 114(3).

In representing personal injury clients, Mack willfully (1) failed to file and serve documents, appear at case conferences and hearings, and negotiate medical liens; (2) misled a superior court judge by making false statements about the status of a case, including falsely claiming that the defendant had accepted liability and the case had settled; (3) impersonated another attorney in emails and letters and misrepresented that the attorney was acting as co-counsel on a case; (4) made false statements to the court clerk about another attorney handling a case and being unable to appear; (5) sent letters and emails purportedly signed by another attorney to an insurance company without the other attorney's knowledge and the letters and emails contained misrepresentations about the deadline for serving a summons and complaint; (6) failed to maintain client funds in a trust account and misappropriated funds owed to her clients and their medical providers; and (7) misrepresented to her clients that she had negotiated

22-36762

medical liens. These actions violated (1) former California Rule of Professional Conduct 3-110(A), similar to RPC 1.1 (competence); (2) California Business and Professions Code (CBPC) § 6068(d), similar to RPC 3.31 (candor toward the tribunal—making a false statement of fact or law to a judge); (3) CBPC § 6103, similar to RPC 3.4(c) (fairness to opposing party and counsel—knowingly disobeying an obligation under the rules of a tribunal); (4) CBPC § 6106, similar to RPC 8.4(c) (misconduct involving dishonesty, fraud, deceit or misrepresentation); and (5) former California Rule of Professional Conduct 4-100(A), similar to RPC 1.15 (safekeeping property). As a result of these violations and her failure to participate in the disciplinary proceedings, the California Supreme Court entered an order disbarring Mack.[1]

SCR 114(4) mandates the imposition of identical reciprocal discipline unless the attorney demonstrates, or this court finds, that one of four exceptions applies. None of the four exceptions apply in this case, and "[i]n all other respects a final adjudication in another jurisdiction that an attorney has engaged in misconduct conclusively establishes the misconduct for the purpose of a disciplinary proceeding in this state." SCR

[1]The California State Bar filed disciplinary charges against Mack and served notice of such on her. Mack filed a response, and the disciplinary hearing was continued based on Mack's alleged health issues. After Mack failed to appear at a subsequent status check, the disciplinary court ordered her to provide medical documentation to support her claim that she was unable to participate in court proceedings. Mack failed to do so, and she failed to appear at the final status conference despite confirming that she would participate telephonically. The court scheduled the disciplinary hearing and Mack was served with notice of the hearing in accordance with California rules. She did not appear, resulting in a default and the factual allegations in the complaint being deemed admitted. Mack did not move to set the default aside and the State Bar filed and served a petition for disbarment. Mack did not respond to the petition.

114(5). Accordingly, we grant the petition for reciprocal discipline and hereby disbar Melissa F. Mack from the practice of law in Nevada. The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.[2]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc: Bar Counsel, State Bar of Nevada
Melissa F. Mack
Executive Director, State Bar of Nevada
Admissions Office, U.S. Supreme Court

---

[2]The Honorable Abbi Silver having retired, this matter was decided by a six-justice court.

SUPREME COURT
OF
NEVADA

(O) 1947A